UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUSTIN PRIEWE, Individually and On Behalf of All Others Similarly Situated,<br>　　　　　　　　　　　　Plaintiff,<br><br>　　　　　　v.<br>ELECTROCORE, INC., FRANCIS R. AMATO, GLENN S. VRANIAK, BRIAN POSNER, CHARLIE S. COX, MICHAEL G. ATIEH, JOSEPH P. ERRICO, NICHOLAS COLUCCI, THOMAS J. ERRICO, TREVOR J. MOODY, MICHAEL W. ROSS, DAVID M. RUBIN, and JAMES L.L. TULLIS,<br>　　　　　　　　　　　　Defendants. | Case No.  1:19-cv-19653-AET-TJB |

## NOTICE OF VOLUNTARY DISMISSAL

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

WHEREAS, no defendant in the above-captioned action *Priewe v. electroCore, Inc. et al.*, No. 1:19-cv-19653-AET-TJB, brought before the United States District Court for the District of New Jersey, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff Justin Priewe hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated: February 19, 2020

It is so ordered this 20th day of February, 2020.

Anne E. Thompson, U.S.D.J.

Respectfully submitted,

POMERANTZ LLP
*/s/ Gustavo F. Bruckner*
Gustavo F. Bruckner
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
gfbruckner@pomlaw.com

*Counsel for Plaintiff Justin Priewe*